## KIRBY BLDG. SYSTEMS v. McNIEL

No. 222PA89

Case below: 91 N.C.App. 444; 89SC181PC

Cross petition by third-party defendants (Morton) for writ of certiorari to the Court of Appeals allowed 19 October 1989 for the limited purpose of entering the following order: On this appeal the Court will consider the whole record, and the parties may assign error to such portions of the entire record as they deem appropriate.

## KNOTVILLE VOLUNTEER FIRE DEPT. v. WILKES COUNTY

No. 302P89

Case below: 94 N.C.App. 377

Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 5 October 1989.

## NCNB v. GUTRIDGE

No. 301P89

Case below: 94 N.C.App. 344

Petition by defendants for discretionary review pursuant to G.S. 7A-31 denied 5 October 1989.

## N.C. FARM BUREAU MUTUAL INS. CO. v. WARREN

No. 307PA89

Case below: 94 N.C.App. 591

Petition by plaintiff for discretionary review pursuant to G.S. 7A-31 allowed 5 October 1989.

## PARSONS v. HIATT

No. 296P89

Case below: 94 N.C.App. 390

Petition by plaintiff for discretionary review pursuant to G.S. 7A-31 denied 5 October 1989. Motion by defendant to dismiss appeal for lack of a substantial constitutional question allowed 5 October 1989.